In the Matter of Proving the Will of MICHALINA DYBAL-
SKI, Deceased.

STANISLAW DYBALSKI et al., Appellants; JOZEFA MARCH-
LEWICZ, as Executrix, Respondent.

*Will — sufficiency of publication.*

*Matter of Dybalski,* 199 App. Div. 677, affirmed.

(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 13, 1922, which affirmed a decree of the Erie
County Surrogate's Court admitting to probate the will
of Michalina Dybalski, deceased. Objection was made
to probate of the will upon the ground of insufficient
publication in that the testatrix spoke Polish and one
of the witnesses did not understand that language. The
Appellate Division held that " All the surrounding circum-
stances show clearly that the testatrix and both witnesses
understood that she was making her will, that it was
read to and approved by her, that she said it was her
will and expressed a wish that these men sign it as her
witnesses which they did in her presence and in the
presence of each other."

*Henry Adsit Bull* for appellants.

*Frank M. Spitzmiller* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.